LODGED 2012 MAY 14 PM 4:19 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY:___

FILED 2012 MAY 18 PM 4:48 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY:___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAK TELIKYAN, <br><br> PLAINTIFF(S) <br> V. <br><br> UNITED RECOVERY SYSTEMS, ET AL; <br><br> DEFENDANT(S) | CASE NUMBER <br><br> CV12- 4214 UA (DUTYx) <br><br> ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE |

**IT IS ORDERED** that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_____     _____
Date                    United States Magistrate Judge

---

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency.                ☐ District Court lacks jurisdiction.

☐ Legally and/or factually patently frivolous     ☐ Immunity as to _____

☒ Other: _Incomplete IFP form. Submit_
Comments: _new IFP form w/in 30 days_
_(See Q#1a)_

_5/15/2012_                    _[signature]_
Date                           United States Magistrate Judge

---

**IT IS ORDERED** that the request of plaintiff to file the action without prepayment of the filing fee is:
☐ GRANTED    ☒ DENIED (See comments above).  _without prejudice_

_5/17/12_                    _Audrey B. Collins_

CV-73A (01/10)        ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE